```
G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Defendants
```

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY A. STRANGER, et al.,<br><br>Defendants. | Case No. CV 08 3106<br><br>**PROOF OF SERVICE** |

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On June 25, 2008, I served the attached:

- **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441 (b)**
- **CIVIL COVER SHEET**

on the interested party(ies) named below:

//
//
//

1

1  Thomas T. McCormick
2  McCormick Law Firm
   21C Orinda Way, #203
3  Orinda, CA 94563

4  I served the attached document(s) in the manner indicated below:

5

6  ☒    **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

7

8       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9       Executed June 25, 2008, at San Francisco, California.

10

11                                                  Omar Lateef

2