ORIGINAL

1  G. SCOTT EMBLIDGE, State Bar No. 121613
   emblidge@meqlaw.com
2  ANDREW E. SWEET, State Bar No. 160870
   sweet@meqlaw.com
3  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
4  San Francisco, California 94104-4238
   Telephone:  (415) 362-3599
5  Facsimile:  (415) 362-2006

6  Attorneys for Defendants

**E-filing**

UNITED STATES DISTRICT COURT

**BZ**

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH B. ROSS,

Case No. _____ 3106

Plaintiff,

**PROOF OF SERVICE**

vs.

GREGORY A. STRANGER, et al.,

Defendants.

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On June 26, 2008, I served the attached:

- **ANSWER**

on the interested party(ies) named below:

//

//

//

1

PROOF OF SERVICE

1  Thomas T. McCormick
   McCormick Law Firm
2  21C Orinda Way, #203
3  Orinda, CA 94563

4  I served the attached document(s) in the manner indicated below:

5

6  ☒  **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).
7

8  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9  Executed June 26, 2008, at San Francisco, California.

10

11  _____
12  Omar Lateef

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PROOF OF SERVICE