# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

July 8, 2008

To:  **Thomas Theodore McCormick**
McCormick Law Firm
A Professional Corporation
21-C Orinda Way, #203
Orinda, CA 94563

**G. Scott Emblidge**
**Andrew Edward Sweet**
Moscone Emblidge & Quadra, LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

Re: Elizabeth B. Ross v. Gregory A. Stranger, et al. CV 08-3106 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for August 13, 2008 at 10:00a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Simone Voltz
By:    Simone Voltz
       Courtroom Deputy

N:\Civil Forms\ross.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH B ROSS,

        Plaintiff,

v.

GREGORY A STRANGER et al,

        Defendant.

Case Number: CV08-03106 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Theodore McCormick
McCormick Law Firm
A Professional Corporation
21-C Orinda Way, #203
Orinda, CA 94563

Dated: July 8, 2008

        Richard W. Wieking, Clerk
        By: Simone Voltz, Deputy Clerk