G. SCOTT EMBLIDGE, State Bar No. 121613
ANDREW E. SWEET, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 362-3599
Facsimile: (415) 362-2006

Attorneys for Defendants/Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY A. STRANGER,<br>CORALIE K. STRANGER,<br>THE STRANGER FAMILY 2003 TRUST,<br>a California Trust, CAPITAL<br>DEFEASANCE GROUP, LLC,<br>SUCCESSOR BORROWER SERVICES,<br>LLC and DOES 1-100, inclusive,<br><br>　　　　Defendants.<br><br>GREGORY A. STRANGER,<br>CORALIE K. STRANGER,<br>CAPITAL DEFEASANCE GROUP, LLC<br>and SUCCESSOR BORROWER<br>SERVICES, LLC,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>ELIZABETH B. ROSS,<br><br>　　　　Counterclaim Defendant. | Case No. CV 08 3106 BZ<br><br>**PROOF OF SERVICE BY MAIL** |

# PROOF OF SERVICE

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On July 15, 2008, I served the attached:

- **DEFENDANT AND COUNTERCLAIM PLAINTIFF'S AMENDED ANSWER WITH COUNTER CLAIMS**

on the interested party(ies) named below:

Thomas Theodore McCormick
McCormick Law Firm
A Professional Corporation
21-C Orinda Way, #203
Orinda, CA 94563

I served the attached document(s) in the manners indicated below:

☒ **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone, Emblidge & Quadra, LLP, 220 Montgomery, Ste. 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 15, 2008, at San Francisco, California.

/s/
Omar Lateef