G. SCOTT EMBLIDGE, State Bar No. 121613
ANDREW E. SWEET, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:  (415) 362-3599
Facsimile:  (415) 362-2006

Attorneys for Defendants/Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS,<br><br>         Plaintiff,<br><br>      v.<br><br>GREGORY A. STRANGER,<br>CORALIE K. STRANGER,<br>THE STRANGER FAMILY 2003 TRUST,<br>a California Trust, CAPITAL<br>DEFEASANCE GROUP, LLC,<br>SUCCESSOR BORROWER SERVICES,<br>LLC and DOES 1-100, inclusive,<br><br>         Defendants. | Case No. CV 08 3106 BZ<br><br>**PROOF OF SERVICE** |
| GREGORY A. STRANGER,<br>CORALIE K. STRANGER,<br>CAPITAL DEFEASANCE GROUP, LLC<br>and SUCCESSOR BORROWER<br>SERVICES, LLC,<br><br>         Counterclaim Plaintiffs,<br><br>      v.<br><br>ELIZABETH B. ROSS,<br><br>         Counterclaim Defendant. | |

1

Case No. CV 08 3106 BZ

1

**PROOF OF SERVICE**

2

I, Omar Lateef, declare as follows:

3

I am a citizen of the United States, over the age of eighteen years and not a party to the

4

within entitled action.

5

On July 18, 2008, I served the attached:

6

7

- **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

8

- **ECF REGISTRATION INFORMATION HANDOUT**

9

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

10

11

on the interested party(ies) named below:

12

Thomas Theodore McCormick

McCormick Law Firm

13

A Professional Corporation

21-C Orinda Way, #203

14

Orinda, CA 94563

15

16

17

I served the attached document(s) in the manners indicated below:

18

19

☒   **BY FEDERAL EXPRESS OVERNIGHT**:  I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone, Emblidge & Quadra, LLP, 220 Montgomery, Ste.

20

2100, San Francisco, California, 94104, for collection and mailing with Federal Express.  I am informed that there is delivery service by Federal Express at the address(es) of the addressee(s) named above.  In the ordinary course of

21

business, correspondence placed for collection on a particular day is deposited with Federal Express that same day.

22

23

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

24

25

Executed July 18, 2008, at San Francisco, California.

26

_____/s/_____

27

Omar Lateef

28

Case No. CV 08 3106 BZ