G. SCOTT EMBLIDGE, State Bar No. 121613
ANDREW E. SWEET, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:  (415) 362-3599
Facsimile:  (415) 362-2006

Attorneys for Defendants/Counterclaim Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>GREGORY A. STRANGER,<br>CORALIE K. STRANGER,<br>THE STRANGER FAMILY 2003 TRUST,<br>a California Trust, CAPITAL DEFEASANCE<br>GROUP, LLC, SUCCESSOR BORROWER<br>SERVICES, LLC and DOES 1-100, inclusive,<br><br>　　　　　Defendants.<br>_____<br>GREGORY A. STRANGER,<br>CORALIE K. STRANGER,<br>CAPITAL DEFEASANCE GROUP, LLC and<br>SUCCESSOR BORROWER SERVICES, LLC,<br><br>　　　　　Counterclaim Plaintiffs,<br>vs.<br><br>ELIZABETH B. ROSS,<br><br>　　　　　Counterclaim Defendant.<br>_____ | **Case No. CV 08 3106 BZ**<br><br>**DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS TENTH CAUSE OF ACTION**<br><br>**DATE:  August 13, 2008**<br>**TIME:   10:00 a.m.**<br>**COURTROOM:  G** |

　　　Defendants/Counterclaim Plaintiffs, Gregory A. Stranger, Coralie K. Stranger, Capital Defeasance Group, LLC ("CDG") and Successor Borrower Services, LLC ("SBS"), do not oppose

---

1

DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS

1 | Plaintiff Elizabeth Ross's motion to dismiss her Tenth Cause of Action, filed with this Court on
2 | July 1, 2008.

4 | Dated: July 23, 2008                    Respectfully Submitted,

5 |                                         MOSCONE, EMBLIDGE & QUADRA, LLP

8 |                                 By:  _____/s/_____
                                         G. Scott Emblidge
9 |                                       Andrew E. Sweet

10 |                                      Attorneys for Defendants

2
DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS