1  G. SCOTT EMBLIDGE, State Bar No. 121613
   ANDREW E. SWEET, State Bar No. 160870
2  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
3  San Francisco, California 94104
   Telephone:  (415) 362-3599
4  Facsimile:  (415) 362-2006

5  Attorneys for Defendants/Counterclaim Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 | ELIZABETH B. ROSS,                        | Case No. CV 08 3106 BZ
11 |         Plaintiff,                        | **PROOF OF SERVICE**
12 |     v.
13 | GREGORY A. STRANGER,
14 | CORALIE K. STRANGER,
   | THE STRANGER FAMILY 2003 TRUST,
15 | a California Trust, CAPITAL
   | DEFEASANCE GROUP, LLC,
16 | SUCCESSOR BORROWER SERVICES,
   | LLC and DOES 1-100, inclusive,
17
18 |         Defendants.
19 | GREGORY A. STRANGER,
   | CORALIE K. STRANGER,
20 | CAPITAL DEFEASANCE GROUP, LLC
   | and SUCCESSOR BORROWER
21 | SERVICES, LLC,
22
23 |         Counterclaim Plaintiffs,
24 |     v.
25 | ELIZABETH B. ROSS,
26 |         Counterclaim Defendant.
27
28

                                   1                    Case No. CV 08 3106 BZ

# PROOF OF SERVICE

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On July 23, 2008, I served the attached:

- **DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS TENTH CAUSE OF ACTION**

on the interested party(ies) named below:

Thomas Theodore McCormick
McCormick Law Firm
A Professional Corporation
21-C Orinda Way, #203
Orinda, CA 94563

I served the attached document(s) in the manners indicated below:

☒ **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone, Emblidge & Quadra, LLP, 220 Montgomery, Ste. 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 23, 2008, at San Francisco, California.

/s/
_____
Omar Lateef