UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROSS,<br><br>       Plaintiff(s),<br><br>  v.<br><br>GREGORY A. STRANGER, et al.,<br><br>       Defendant(s). | No. C08-3106 BZ<br><br>**ORDER RE OVERDUE OPPOSITION PAPERS** |

Plaintiff has filed a motion to remand scheduled to be heard on **August 13, 2008**. Your opposition was due yesterday **July 23, 2008.** If your opposition is not filed by **4:00 p.m.** today, **July 24, 2008** the court will deem the motion unopposed and will **GRANT** the motion on that ground alone. See Local Rule 7-3.

Dated: July 24, 2008

                                        Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\ROSS V. STRANGER, et al\ORDER RE OVERDUE OPPOSITION PAPERS.wpd

1