1    G. SCOTT EMBLIDGE, State Bar No. 121613
ANDREW E. SWEET, State Bar No. 160870
2    MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
3    San Francisco, California 94104
Telephone: (415) 362-3599
4    Facsimile: (415) 362-2006

5    Attorneys for Defendants/Counterclaim Plaintiffs

6

7                 UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

| | |
|---|---|
| ELIZABETH B. ROSS, | ) |
| | ) |
| Plaintiff, | ) **Case No. CV 08 3106 BZ** |
| vs. | ) |
| | ) **DEFENDANTS AND** |
| GREGORY A. STRANGER, | ) **COUNTERCLAIM PLAINTIFFS'** |
| CORALIE K. STRANGER, | ) **STATEMENT OF NON-** |
| THE STRANGER FAMILY 2003 TRUST, | ) **OPPOSITION TO PLAINTIFF'S** |
| a California Trust, CAPITAL DEFEASANCE | ) **MOTION TO REMAND** |
| GROUP, LLC, SUCCESSOR BORROWER | ) |
| SERVICES, LLC and DOES 1-100, inclusive, | ) |
| | ) **DATE: August 13, 2008** |
| Defendants. | ) **TIME: 10:00 a.m.** |
| ————————————————— | ) **COURTROOM: G** |
| GREGORY A. STRANGER, | ) |
| CORALIE K. STRANGER, | ) |
| CAPITAL DEFEASANCE GROUP, LLC and | ) |
| SUCCESSOR BORROWER SERVICES, LLC, | ) |
| | ) |
| Counterclaim Plaintiffs, | ) |
| vs. | ) |
| | ) |
| ELIZABETH B. ROSS, | ) |
| | ) |
| Counterclaim Defendant. | ) |
| ————————————————— | ) |

26

      Defendants/Counterclaim Plaintiffs, Gregory A. Stranger, Coralie K. Stranger, Capital

Defeasance Group, LLC ("CDG") and Successor Borrower Services, LLC ("SBS"), do not oppose

1

DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

1  Plaintiff Elizabeth Ross's motion to remand this case <u>provided that</u> it follows this Court's dismissal

2  of her Tenth Cause of Action, as Plaintiff has requested.

3

4  Dated:  July 24, 2008                              Respectfully Submitted,

5                                                      MOSCONE, EMBLIDGE & QUADRA, LLP

6

7

8                                          By:  _____/s/_____

                                                      G. Scott Emblidge

9                                                      Andrew E. Sweet

10                                               Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION TO REMAND