UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROSS,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GREGORY A. STRANGER, et al.,<br><br>        Defendant(s). | No. C08-3106 BZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS AND REMANDING MATTER TO STATE COURT** |

Before the court are the motions of plaintiff to dismiss her tenth cause of action and to remand this matter back to state court.

Defendants and counterclaimants have filed statements of non-opposition to each motion. Good cause appearing, **IT IS THEREFORE ORDERED** as follows:

    1.  Both motions are **GRANTED.**

    2.  The tenth cause of action is **DISMISSED.**

    3.  This matter is **REMANDED** to the Marin County Superior Court and the clerk is directed to transfer this matter to that court for further proceedings.

Dated: July 25, 2008

                                Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\ROSS V. STRANGER, et al\ORDER GRANTING PLTF'S MOTIONS.wpd

1