**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 29, 2008

Marin County Superior Court
Office of the Clerk
3501 Civic Center Drive
P.O. Box 4988
San Rafael, California 94903

RE:  ELIZABETH B ROSS -v- GREGORY A STRANGER, et al., Case No. C-08-3106-BZ
      Your Case Number: (CV-083069)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk


                    by:  Thelma Nudo
                         Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg