FILED

08 JUL 29 PM 12: 48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Elizabeth B. Ross

        Plaintiff(s),

    v.

Gregory A. Stranger, et al.,

        Defendant(s).

No. C 08-3106 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 28, 2008

_____
Signature

Counsel for  Plaintiff, Elizabeth Ross
(Plaintiff, Defendant or indicate "pro se")

<u>PROOF OF SERVICE BY U.S. MAIL</u>

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

  I am employed in the County of Contra Costa, State of California. I am over the age of 18 years, and not a party to this action; my business address is 21-C Orinda Way, #203, Orinda, California 94563.

  On July 28, 2008, I served the documents described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

G. Scott Emblidge
Moscone Emblidge & Quadra LLP
Mills Tower #2100
220 Montgomery St
San Francisco, CA, 94104
Tel: (415) 362-3591
Fax: (415) 362-2006

  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully prepaid at Orinda, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on July 28, 2008 at Orinda, California.

                 _____
                 Thomas T. McCormick

1